IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ERWIN MUNOZ,<br><br>                Defendant. | **8:16CR173**<br><br>**ORDER** |

This matter is before the Court on the government's Motion to Amend Preliminary Order of Forfeiture (Filing No. 141). After reviewing the record, the Court finds that the government incorrectly calculated the amount of forfeiture in its Motion for Preliminary Order of Forfeiture (Filing No. 134), and the Motion to Amend states the correct amount. Accordingly,

    IT IS ORDERED:

1. The government's Motion to Amend Preliminary Order of Forfeiture (Filing No. 141) is granted.
2. The Court's Preliminary Order of Forfeiture (Filing No. 135) is amended to authorize the seizure of $4,574.00 in United States currency.
3. All other provisions of the Court's Preliminary Order of Forfeiture remain in full force and effect.

    Dated this 16th day of May, 2017.

                                                          BY THE COURT:

                                                          s/ *Robert F. Rossiter, Jr.*
                                                          United States District Judge