IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiffs,<br><br>vs.<br><br>ERWIN MUNOZ,<br><br>  Defendants. | 8:16CR173<br><br>**FINAL ORDER<br>OF FORFEITURE** |

This matter is before the Court on the United States' Motion for Final Order of Forfeiture (Filing No. 159). The Court has reviewed the record in this case and finds as follows:

1. On May 16, 2017, the Court entered an Amended Preliminary Order of Forfeiture (Filing No. 142) pursuant to the provisions of Title 21, United States Code, Sections 841, 846, and 853 and based on the Defendant's plea of guilty to Counts I and II and the Forfeiture Allegation of the Information (Filing No. 119). By way of the Amended Preliminary Order of Forfeiture, the Defendant's interest in $4,574.00 in United States currency was forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on May 18, 2017, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed on July 17, 2017 (Filing No. 158).

3. The Court has been advised by the government that no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The government's Motion for Final Order of Forfeiture should be sustained. Accordingly,

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture is sustained.
B. All right, title and interest in and to the $4,574.00 in United States currency held by any person or entity are forever barred and foreclosed.
C. The $4,574.00 in United States currency is forfeited to the United States of America.
D. The United States is directed to dispose of said property in accordance with law.

Dated this 18th day of July, 2017.

BY THE COURT:

s/ *Robert F. Rossiter, Jr.*
United States District Judge